UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 97-CR-98

KEVIN P. O'NEILL, et al.

    Defendant.

## ORDER TO SEAL

Upon consideration of the government's motion to seal and the accompanying document submitted by the government on October 15, 2010, in the above-captioned matter, the Court finds that this matter is appropriately kept under seal and, therefore,

**ORDERS** that the Clerk of Court accept for filing under seal the submission made by the government in the above-captioned matter until further order of the court.

Dated at Milwaukee, Wisconsin, this ____ day of October 2010.

                                  By the Court:

                                  _____
                                  J. P. STADTMUELLER
                                  United States District Court Judge